Oralia MUNOZ–LECHUGA, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 08–71768.

United States Court of Appeals,
Ninth Circuit.

Submitted July 19, 2010.*

Filed Aug. 2, 2010.

Oralia Munoz–Lechuga, Las Vegas, NV,
for Petitioner.

Edward Earl Wiggers, Esquire, U.S.
Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the
District Counsel, Department of Homeland
Security, San Francisco, CA, District
Counsel, Esquire, Office of the District
Counsel, Department of Homeland Security, Las Vegas, NV, for Respondent.

Before: B. FLETCHER,
REINHARDT, and WARDLAW, Circuit
Judges.

MEMORANDUM **

Oralia Munoz–Lechuga, a native and citizen of Mexico, petitions for review of the
Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's removal order. We have

* The panel unanimously concludes this case is
suitable for decision without oral argument.
See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

jurisdiction under 8 U.S.C. § 1252. We
grant and remand the petition for review.

Because the BIA failed to address the
ineffective assistance of counsel claim
raised by Munoz–Lechuga in her motion to
accept her late-filed brief, we remand for
the BIA to consider her claim in the first
instance. See Singh v. Gonzales, 416 F.3d
1006, 1015 (9th Cir.2005).

**PETITION FOR REVIEW GRANTED; REMANDED.**